# Montgomery County, *et al. v.* Montgomery Traction Company.

*Bill in Equity.*

(Decided Nov. 23, 1905, 39 So. Rep. 518.)

APPEAL from Montgomery Chancery Court.
Heard before Hon. W. L. PARKS.

FRED S. BALL, for appellants.

GRAHAM & STEINER, for appellees.

DENSON, J.—The court should have dismissed the cause on motion made, as the question is now a moot one.
Reversed and rendered.

HARALSON, DOWDELL and SIMPSON, JJ., concur.

# Yellow Pine Lumber Co. *v.* Randall.

*Assumpsit.*

(Decided Nov. 15, 1905, 39 So. Rep. 565.)

APPEAL from Washington Circuit Court.
Heard before Hon. JOHN C. ANDERSON.

FITTS & STOUTZ, for appellant.

GREGORY L. & H. T. SMITH, for appellee.

DENSON, J.—The case was tried at a term of the court held under the Lusk Bill. On the authority of *Board of Revenue v. Crowe*, 141 Ala. 126, 37 So. Rep. 469, the appeal is dismissed.

HARALSON, DOWDELL and ANDERSON, JJ., concur.